# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

Case No. 6D2025-2035
Lower Tribunal No. 2012-CF-008312-D-O

———————————————

JAMAL T. JACKSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Barbara J. Leach, Judge.

April 21, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL and GANNAM, JJ., concur.


Jamal T. Jackson, Wewahitchka, pro se.

James Uthmeier, Attorney General, Tallahassee, and Roberts J. Bradford, Jr., Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED